UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00519

**Charles Elton Ward,**
*Plaintiff,*
v.
**Anderson County Jail,**
*Defendant.*

# ORDER

This civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Doc. 3. The magistrate judge issued a report recommending that plaintiff's lawsuit be dismissed, without prejudice to any right plaintiff may have in state court, for the failure to state a claim upon which relief can be granted. Doc. 19. A copy of this report was sent to plaintiff at his last-known address, and the docket reflects that plaintiff received a copy on February 10, 2021. Doc. 20. Plaintiff has not filed objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. The court orders that plaintiff's lawsuit is dismissed, without prejudice to any right he may have in state courts, for the failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1).

*So ordered by the court on March 16, 2021.*

J. CAMPBELL BARKER
United States District Judge